United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 16-18694-elf
Nitasha L Cosby                                             Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: ChrissyW           Page 1 of 2              Date Rcvd: Mar 31, 2017
                             Form ID: 318             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
```
db           +Nitasha L Cosby,    1367 Langley St,    Trainer, PA 19061-5323
13838808     +Aes/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
13838811      Cach Llc,    Pob 5980,    Denver, CO 80127
13838819     +Midwest Recovery Syste,    2747 W Clay St Ste A,    Saint Charles, MO 63301-2557
13838820      Noble Fin/ryl Mgt,    25331 1h 10 West,    San Antonio, TX 78257
13838823     +Springleaf Financial S,    156 Baltimore Pike,    Springfield, PA 19064-3629
13838825     +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
13838826     +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            EDI: BTPDERSHAW.COM Apr 01 2017 01:48:00      TERRY P. DERSHAW,    Dershaw Law Offices,
               P.O. Box 556,    Warminster, PA  18974-0632
smg           E-mail/Text: bankruptcy@phila.gov Apr 01 2017 01:56:36      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2017 01:56:03      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 01 2017 01:56:24      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13838810      E-mail/Text: ebn@americollect.com Apr 01 2017 01:56:18      Americollect Inc,    Po Box 1566,
               Manitowoc, WI 54221
13838809     +E-mail/Text: bk@afsacceptance.com Apr 01 2017 01:56:23      Afs Acceptance Llc,
               1475 W Cypress Creek Rd,    Fort Lauderdale, FL 33309-1931
13838812     +E-mail/Text: account.manager@chesterwater.com Apr 01 2017 01:56:53      Chester Water Authority,
               POB 467,    Chester, Pennsylvania 19016-0467
13838813     +EDI: CHRM.COM Apr 01 2017 01:48:00      Chrysler Capital,    Po Box 961275,
               Fort Worth, TX 76161-0275
13838814     +EDI: CCS.COM Apr 01 2017 01:48:00      Credit Collection Serv,    Po Box 710,
               Norwood, MA 02062-0710
13838815     +EDI: IIC9.COM Apr 01 2017 01:48:00      I C System Inc,    Po Box 64378,
               Saint Paul, MN 55164-0378
13838818      EDI: JEFFERSONCAP.COM Apr 01 2017 01:48:00      Jefferson Capital Syst,    16 Mcleland Rd,
               Saint Cloud, MN 56303
13838821     +EDI: PRA.COM Apr 01 2017 01:48:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
13838824      EDI: AGFINANCE.COM Apr 01 2017 01:48:00      Springleaf Financial S,    601 Nw 2nd St,
               Evansville, IN 47708
13838822     +EDI: SWCR.COM Apr 01 2017 01:48:00      Southwest Credit Syste,    4120 International Parkway,
               Carrollton, TX 75007-1958
                                                                                                TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13838816      Jamirah Hodges
13838817      Philadelphia,
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2          Date Rcvd: Mar 31, 2017
                               Form ID: 318                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:

```
          JOHN P. NEBLETT    on behalf of Defendant    American Educational Services/PHEAA jpn@neblettlaw.com,
           lln@neblettlaw.com
          JOHN P. NEBLETT    on behalf of Creditor    ECMC jpn@neblettlaw.com,    lln@neblettlaw.com
          LAWRENCE S. RUBIN    on behalf of Plaintiff Nitasha L Cosby echo@pennlawyer.com,
           foxtrot@pennlawyer.com
          LAWRENCE S. RUBIN    on behalf of Debtor Nitasha L Cosby echo@pennlawyer.com,
           foxtrot@pennlawyer.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    AFS Acceptance, LLC bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    AFS Acceptance, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nitasha L Cosby** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5817** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **16–18694–elf** | | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Nitasha L Cosby

   <u>3/31/17</u>                                                                           **By the court:**   <u>Eric L. Frank</u>
                                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2