United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nitasha L Cosby  
       Debtor

Case No. 16-18694-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Nov 03, 2017  
                 Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.  
db          #+Nitasha L Cosby,   1367 Langley St,   Trainer, PA 19061-5323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2017 at the address(es) listed below:  
         JOHN P. NEBLETT    on behalf of Creditor    ECMC jpn@neblettlaw.com, lln@neblettlaw.com  
         LAWRENCE S. RUBIN    on behalf of Plaintiff Nitasha L Cosby echo@pennlawyer.com, foxtrot@pennlawyer.com  
         LAWRENCE S. RUBIN    on behalf of Debtor Nitasha L Cosby echo@pennlawyer.com, foxtrot@pennlawyer.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    AFS Acceptance, LLC bkgroup@kmllawgroup.com  
         TERRY P. DERSHAW     td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com  
         THOMAS I. PULEO    on behalf of Creditor    AFS Acceptance, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                         TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Nitasha L Cosby : Case No. 16−18694−elf
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , November 3,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Eric L. Frank
    Chief Judge , United States Bankruptcy Court

24
Form 195